UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 22, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD WARREN RALSTON

Defendant.

Case No.  2:26-cr-0033 DAD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD WARREN RALSTON

Case No.  2:26-cr-0033 DAD  Charges 18 USC § 1343 from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  x   Unsecured Appearance Bond $   30,000 _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): Released FORTHWITH on 6/22/2026.

Issued at Sacramento, California on June 22, 2026 at 2:36 PM

By:   /s/ Carolyn K. Delaney _____

Chief Magistrate Judge Carolyn K. Delaney