LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RICHARD RALSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RICHARD WARREN RALSTON,<br>Defendant. | Case No.: 2:26-cr-00033 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: October 26, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dale A. Drozd |

Plaintiff United States of America by and through Special Assistant United States Attorney Nicole Moody, and Attorney Todd D. Leras on behalf of Defendant Richard Ralson, stipulate as follows:

1. Defendant Richard Ralston requests to continue the status conference for this matter from October 26, 2026, to February 1, 2027. The defense also moves to exclude time

under the Speedy Trial Act between October 26, 2026, and February 1, 2027.

2. This case involves allegations that Richard Ralston fraudulently collected Social Security benefits by assuming the identity of a deceased person. The alleged fraudulent collection of benefits occurred for more than a decade from September 2011 to January 2022.

3. Law enforcement officers arrested Richard Ralston in Arizona during March 2026. His initial appearance in this district occurred on June 22, 2026. He is presently released on pre-trial conditions.

4. The discovery in this case is subject to a protective order. The protective order covers personal identifying information. It requires defense counsel to retain control of protected materials, restricting review of most materials so that it occurs in the presence of defense counsel and/or a defense investigator.

5. The government released as an initial discovery production nearly 600 pages of investigative reports, government records, bank records, and other materials produced during investigation of this matter. The production occurred immediately following defense counsel's consent to the terms of the protective order.

6. Richard Ralston relocated from his aunt's residence in Mesa, Arizona, to Sacramento. He did so, in part, to facilitate meetings with defense counsel to discuss this case and review discovery materials. He has maintained regular contact with defense counsel. A defense investigator is actively pursuing information obtained from Mr. Ralston to conduct investigation into matters relevant to a potential defense and/or sentencing mitigation in the event the case resolves by change of plea.

7. The defense requires additional time to complete investigation of the matters mentioned in the previous paragraph. Defense counsel therefore requests to continue the status conference for this matter from October 26, 2026, to February 1, 2027. The defense also requests to exclude time between October 26, 2026, and February 1, 2027, inclusive, under Local Code T-4. The United States does not oppose this request.
8. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Ralston the reasonable time necessary for effective preparation, considering the exercise of due diligence.
9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of October 26, 2026 to February 1, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ralston's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.
10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Special Assistant U.S. Attorney Nicole Moody has reviewed this proposed order and authorized Todd D. Leras via email to sign it on her behalf.

DATED: October 21, 2026

ERIC GRANT
United States Attorney

By *_/s/ Todd D. Leras for_*
NICOLE MOODY
Special Assistant United States Attorney

DATED: October 21, 2026

By *_/s/ Todd D. Leras_*
TODD D. LERAS
Attorney for Defendant
RICHARD RALSTON

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference for this matter presently set on October 26, 2026, at 9:30 a.m., is vacated. A new status conference is scheduled for February 1, 2027, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Ralston's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 26, 2026, up to and including February 1, 2027.

IT IS SO ORDERED.

Dated: **October 21, 2026** Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE